# Order

Michigan Supreme Court
Lansing, Michigan

November 10, 2011

143894

In re BUDD, BUDD-DONAHUE,
DONAHUE, Minors.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143894
COA: 301995
Wayne CC Family Division:
08-483774

On order of the Court, the application for leave to appeal the September 29, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *In re Morris, Minor* (Docket No. 142759) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 10, 2011

_____
Clerk

y1108